UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                        CASE NO. 07-40302-TLH4
                                              CHAPTER 13
CATRINA ALESIA PROPHET


       Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1. The Trustee has issued check(s) FOR: BERTHA MOSLEY which remains outstanding and uncleared.

    2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379350 in the amount of $13.50 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

CATRINA ALESIA PROPHET
235 SIERRA RD.
HAVANA, FL 32333

BERTHA MOSLEY
HAYWARD & GRANT, P.A.
2121-G KILLARNEY WAY
TALLAHASSEE, FL 32309

AND

ALLISON CARDEN SACKETT, ESQ.
LEGAL SERVICES OF N. FLORIDA
121 NORTH JACKSON STREET
QUINCY, FL 32351

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

10/19/2009  3:45 pm / CR_213